THE BOARD OF COMMISSIONERS OF LINCOLN CO. v. JOHN GEIS, *et al.*

AT the March Term, 1878, of the district court of Lincoln county, *John Geis* and *William Geis,* as plaintiffs, recovered a judgment against the *Board of Commssioners of Lincoln County.* The defendant brings the case here.

*A. G. Hardesty,* county attorney, for plaintiff in error.

*T. F. Garver,* for defendants in error.

*Per Curiam:* The judgment of the court below in this case will be reversed, upon the authority of the following cases, to wit: *Comm'rs of Saline Co. v. Geis,* 22 Kas. 381; *Comm'rs of Lyon Co. v. Goddard,* 22 Kas. 389.

See also the following statutes, under none of which can the plaintiffs' cause of action, as they have stated it in their petition below, be maintained, to wit: Gen. Stat. 1868, p. 1058, § 120; Laws 1876, p. 96, § 145; Comp. Laws 1879, p. 968, § 145.